01

02

03 UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
04 AT SEATTLE

05 JONATHON R. WINWARD,           )   CASE NO. C09-0797-JCC
                                  )
06       Plaintiff,               )
                                  )
07    v.                          )   REPORT AND RECOMMENDATION
                                  )
08 MICHAEL ASTRUE, Commissioner of the  )
   Social Security Administration,     )
09                                )
         Defendants.              )
10 _____)

11       Plaintiff Jonathon R. Winward brought this action to seek judicial review of the denial

12 of his applications for Disability Insurance Benefits and Supplemental Security Income by the

13 Commissioner of the Social Security Administration.   The parties have now stipulated that this

14 case should be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g). (Dkt.

15 24.)

16       Based on the stipulaton of the parties, the Court recommends that this case be

17 REVERSED and REMANDED for an award of benefits.   The parties have stipulated that, on

18 remand, the Appeals Council will issue a decision finding plaintiff disabled as of February 15,

19 2007, his protective filing date.   The parties agree that the evidence of record supports a

20 finding that, as of February 15, 2007, the severity of the combination of plaintiff's impairments

21 equals the severity of Listings 14.08(B)(2) and 14.08(J)(4).   The parties further stipulate that,

22 upon proper application, plaintiff is entitled to reasonable attorney fees and expenses pursuant

...

01 to 28 U.S.C. § 2412.

02      Given the above, the Court recommends that United States District Judge John C.
03 Coughenour immediately approve this Report and Recommendation and order the case
04 REVERSE and REMANDED for an award of benefits.  A proposed order accompanies this
05 Report and Recommendation.

06      DATED this 25th day of March, 2010.

                                      _____
                                      Mary Alice Theiler
                                      United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE -2