THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JONATHON R. WINWARD,<br><br>　　　　　　Plaintiff,<br>　v.<br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　　　Defendant. | Case No. C09-0797-JCC<br><br>ORDER |

The parties have filed a stipulated motion to reverse and remand this case for further administrative proceedings. (Dkt. No. 24.) Magistrate Judge Mary Alice Theiler has recommended that this case be remanded, based on the stipulation of the parties. (Dkt. No. 26.) It is therefore ORDERED:

(1) The Court ADOPTS the Report and Recommendation;

(2) The Court REVERSES and REMANDS this matter for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g); and

(3) The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

DATED this 30th day of March, 2010.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 1