THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JONATHON R. WINWARD, | Case No. C09-0797-JCC |
| Plaintiff, | ORDER |
| v. | |
| MICHAEL J. ASTRUE, Commission of Social Security, | |
| Defendant. | |

The Court, having reviewed Plaintiff's motion for an award of attorney fees, costs, and expenses (Dkt. No. 29); Defendant's response (Dkt. No. 33); Plaintiff's reply (Dkt. No. 34); the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, to which there has been no objection; and the balance of the record, orders the following:

(1) The Court ADOPTS the Report and Recommendation.

(2) The Court GRANTS IN PART and DENIES IN PART Plaintiff's motion for attorney fees, costs, and expenses (Dkt. No. 29) and AWARDS Plaintiff $12,273.26.

(3) The Court DIRECTS the Clerk to send copies of this Order to all counsel and Magistrate Judge Mary Alice Theiler.

DATED this 1st day of December 2010.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER, C10-1089-JCC
PAGE - 1